**Order entered October 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00113-CV

### RICHARD A. MYERS AND THOMAS J. WOUTERS, Appellants

### V.

### BANK MIDWEST, N.A., Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02904**

## ORDER

The Court has received a letter from the court reporter stating that there is no record of the October 29, 2012 hearing. The Court accordingly **ORDERS** appellants to file their brief within thirty days of the date of this order.

/s/    ELIZABETH LANG-MIERS
          JUSTICE